**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3000-17T4

MICHAEL RUBERA,

     Plaintiff-Appellant,

v.

WESTFIELD GARDEN STATE
PLAZA, LP, AMC ENTERTAINMENT,
INC., PROFESSIONAL SECURITY
ASSOCIATES, and DELUCA
ASSOCIATES, INC., a/k/a GLOBAL
SECURITY,

     Defendants-Respondents.

_____

Argued March 27, 2019 – Decided June 4, 2019

Before Judges Fuentes, Vernoia and Moynihan.

On appeal from Superior Court of New Jersey, Law Division, Bergen County, Docket No. L-3724-16.

Alan K. Albert argued the cause for appellant (Brandon J. Broderick, LLC, attorneys; Alan K. Albert, on the brief).

Michael J. Maselli argued the cause for respondent Professional Security Consultants (Cruser, Mitchell,

Novitz, Sanchez, Gaston & Zimet, LLP, attorneys; Douglas V. Sanchez, of counsel and on the brief; Jamie L. Augustinsky, on the brief).

Daniel J. McCarey argued the cause for respondents Westfield Garden State Plaza, LP, AMC Entertainment, Inc. and Deluca Associates, Inc. a/k/a Global Security.

PER CURIAM

We have been advised that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-3000-17T4